UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No.

APPROXIMATELY $11,771.00 IN UNITED
STATES CURRENCY, and

ONE REMINGTON 870 SHOTGUN BEARING
SERIAL NUMBER RAS144912,

Defendants.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Brad D. Schimel, United States Attorney

for the Eastern District of Wisconsin, and Elizabeth M. Monfils, Assistant United States Attorney

for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal

Rules of Civil Procedure:

### Nature of the Action

1.      This is a civil action to forfeit properties to the United States of America, under

21 U.S.C. §§ 881(a)(6) and 881(a)(11), for violations of 21 U.S.C. § 841(a)(1).

### The Defendants In Rem

2.      The defendant property, approximately $11,771.00 in United States currency, was

seized on or about February 24, 2025, from Kalen Ostrowski at or near 3XXX W. Allerton Avenue,

Greenfield, Wisconsin.[1]

---

[1] Throughout this complaint, certain information has been redacted using the letter "X" as a means of avoiding the revelation of any personal information.

3. The defendant property, one Remington 870 shotgun bearing serial number RAS144912, was seized on or about February 24, 2025, from Kalen Ostrowski at or near 3XXX W. Allerton Avenue, Greenfield, Wisconsin.

4. The defendant approximately $11,771.00 in United States currency is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

5. The defendant Remington 870 shotgun bearing serial number RAS144912 is presently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives in Milwaukee, Wisconsin.

## Jurisdiction and Venue

6. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

7. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

8. Venue is proper in this district under 28 U.S.C. § 1355(b)(1) because acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

9. The defendant property, approximately $11,771.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

10. The defendant property, one Remington 870 shotgun bearing serial number RAS144912, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(11) because it was used, or intended to be used, to facilitate the transportation, sale, receipt, possession,

2

or concealment of controlled substances which were manufactured, distributed, dispensed, or acquired in violation of 21 U.S.C. § 841(a)(1) and of any proceeds of trafficking in controlled substances.

**Facts**

11.     Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

12.     Tetrahydrocannabinol (THC) is a Schedule I controlled substance under 21 U.S.C. § 812.

13.     Adderall (amphetamine) is a Schedule II controlled substance under 21 C.F.R. § 1308.

**Federal search warrant for the person, residence and vehicle of Kalen Ostrowski**

14.     On February 13, 2025, the Honorable Nancy Joseph, United States Magistrate Judge for the Eastern District of Wisconsin, authorized search warrant number 25-817M for Kalen Ostrowski's person, residence and vehicle.

15.     Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) obtained search warrant number 25-817M as part of their investigation into Kalen Ostrowski's involvement in an August 17, 2024, carjacking in Milwaukee, Wisconsin.[2]

**February 24, 2025, execution of federal search warrant number 25-817M**

16.     On February 24, 2025, agents executed search warrant number 25-817M.

17.     On February 24, 2025, Kalen Ostrowski was at the Milwaukee County Courthouse for a status conference in his open state case, Case No. 24CF4905, in which he is charged with first-degree reckless injury, use of a dangerous weapon.

---

[2] On August 12, 2025, in Case No. 25-CR-151, a federal grand jury in the Eastern District of Wisconsin returned an indictment charging Kalen Ostrowski – for the August 17, 2024, incident – with one count of taking a motor vehicle from an individual by force, violence, and intimidation in violation of 18 U.S.C. § 2119.

3

A.　After the hearing, agents met with Kalen Ostrowski and informed him of the search warrant.

B.　During a search of Kalen Ostrowski's person, agents found one cell phone.

18.　On February 24, 2025, agents executed the search warrant at Kalen Ostrowski's residence, 3XXX W. Allerton Avenue, Greenfield, Wisconsin (hereinafter, "the residence").

19.　On February 24, 2025, the following items, among other things, were inside the residence:

A.　In Kalen Ostrowski's bedroom were the following:

i.　On the floor was a Louis Vuitton bag containing a total of approximately 2.6 pounds of marijuana, including the weight of packaging.

ii.　In a dresser were the following:

1. A cell phone.
2. A digital scale.
3. Marijuana.
4. THC edibles.
5. A prescription bottle labeled to an individual having the initials A.B. containing 30mg Adderall pills. The fill date on the label was January 31, 2025.

Total weight of the marijuana and THC edibles was approximately 1.8 pounds, including the weight of packaging.

iii.　On the desk was a cell phone.

iv.　In the closet was a shoe box containing the defendant approximately $11,771.00 in United States currency.

v.　Under the bed was the defendant Remington 870 shotgun bearing serial number RAS144912.

vi.　In this bedroom were also bank currency bands and three firearm magazines.

B.　In a second room was a cell phone.

4

C. In a third room were the following:

    i. Marijuana.
    ii. THC edibles.
    iii. Drug paraphernalia.
    iv. A box for a Springfield 9mm pistol.[3]

Total weight of the marijuana and THC edibles was approximately 131.6 grams, including the weight of packaging.

D. In a garbage bin outside the residence was an empty vacuum seal bag similar to the vacuum sealed bags containing the marijuana found inside the Louis Vuitton bag in Kalen Ostrowski's bedroom. The empty vacuum seal bag from the garbage bin contained other plastic packaging material stuffed inside the bag.

20. A drug detection canine gave a positive alert to the odor of a controlled substance on the approximately $11,771.00 in United States currency.

**Drug-related information on Kalen Ostrowski's cell phone**

21. After obtaining a warrant, agents conducted a data extraction of Kalen Ostrowski's cell phone, an iPhone 15 Pro Max having number XXX-XXX-3146, which was the phone recovered from Kalen Ostrowski's person on February 24, 2025.

22. An agent reviewed the data extraction report of Kalen Ostrowski's cell phone, number XXX-XXX-3146, and found drug-related information, including but not limited to the following:

**Messages between Ostrowski and "Pedro"**

A. On August 16, 2024, at 8:45 a.m., "Pedro" sent a text message to Ostrowski asking if Ostrowski was awake yet. Ostrowski responded that he was awake and planning to "go grind." "Pedro" responded, "Let's go." At 11:28 a.m., "Pedro" advised Ostrowski that he was arriving.

Based on their training and experience, agents know that "grind" is a slang term often used to describe illegal narcotics sales.

---

[3] The pistol associated with this box was recovered from Kalen Ostrowski on October 12, 2024, during a shooting investigation in downtown Milwaukee in which Kalen Ostrowski was charged with first-degree reckless injury in Milwaukee County Case No. 24CF4905.

**Messages between Ostrowski and an individual having the initials W.S.G.**

B.     On October 10, 2024, at 11:40 a.m., in messages through WhatsApp, Ostrowski sent W.S.G. a video of suspected marijuana. W.S.G. responded stating that he wanted a small quantity first and would purchase one-half ounce or a whole ounce if he liked it. Ostrowski and W.S.G. agreed to meet at a BP gas station.

     i.     At 11:54 a.m., Ostrowski stated he was eight minutes away, and W.S.G. stated he was at the gas station and waiting.

     ii.     At 12:57 p.m., Ostrowski asked, "Let me know how ts smokin." W.S.G. responded, "Perfect." Ostrowski and W.S.G. then negotiated, and Ostrowski agreed to sell one ounce of marijuana to W.S.G. for $150. They agreed on a meet location.

     iii.     At 4:21 p.m., Ostrowski stated he had arrived.

C.     On November 21, 2024, at 6:37 a.m., Ostrowski received an audio message through WhatsApp from W.S.G. asking if Ostrowski had marijuana for sale and stating that W.S.G. was interested in purchasing up to one-half ounce.

     i.     At 10:00 a.m., Ostrowski responded that he had more of the same marijuana for sale.

     ii.     At 2:34 p.m., W.S.G. sent an audio message of W.S.G.'s location and stated that W.S.G. was waiting for Ostrowski and asking Ostrowski to hurry up.

D.     On November 29, 2024, at 3:04 p.m., Ostrowski sent an image through WhatsApp to W.S.G. of suspected marijuana.

**Messages between Ostrowski and "West"**

E.     On December 12, 2024, at 8:41 a.m., "West" sent messages to Ostrowski asking, "How much for a zip" and "Same last night." Ostrowski responded stating that a "zip" would cost $140. Ostrowski and "West" arranged to meet later that day.

**Messages between Ostrowski and "Twin"**

F.     On January 22, 2025, at 8:17 p.m., Ostrowski received a text message from "Twin" stating, "Yooo, wat dat smoke lookin lik??" Ostrowski responded with a video of suspected marijuana. Ostrowski arranged to sell one ounce for $145. "Twin" set their meet location.

     i.     At 8:32 p.m., Ostrowski stated he was four minutes away.

ii.   At 8:37 p.m., Ostrowski stated he was outside.

**Messages between Ostrowski and "Sam"**

G.   On February 1, 2025, at 1:27 p.m., Ostrowski sent a photo of suspected marijuana to "Sam."

H.   On February 2, 2025, at 8:40 p.m., after "Sam" asked to purchase one ounce of marijuana, Ostrowski told "Sam" that he would arrive in 15 minutes.

   i.   At 9:01 p.m., Ostrowski stated he was two minutes away.

   ii.   At 9:03 p.m., Ostrowski stated he had arrived and asked "Sam" to come to his vehicle.

   iii.   At 9:43 p.m., "Sam" stated that the marijuana was good and that "Sam" would be shopping with Ostrowski more in the future.

I.   On February 9, 2025, Ostrowski arranged the sale of an ounce of marijuana to "Sam" after "Sam" stated, "I need a zip."

   i.   At 12:56 p.m., Ostrowski stated he was four minutes away.

   ii.   At 1:09 p.m., "Sam" stated that "Sam" was impressed that Ostrowski delivered exactly one ounce and that "Sam" did not receive less than ordered. Ostrowski responded, "Never short nobody."

J.   On February 15, 2025, at 6:23 p.m., Ostrowski received a text from "Sam" stating, "Let me get a zip bro!" and provided "Sam's" location. At 8:11 p.m., Ostrowski texted that he had arrived and was outside.

K.   On February 22, 2025, at 4:03 p.m., "Sam" asked Ostrowski for a quarter pound of one type of marijuana and one-half ounce of another type. Ostrowski replied, "$250 for qp $80 for half." Ostrowski and "Sam" arranged payment through CashApp, and Ostrowski stated that he was on his way.

   i.   At 4:20 p.m., Ostrowski stated he was 20 minutes away.

   ii.   At 4:38 p.m., Ostrowski stated he was outside.

   iii.   At 4:52 p.m., Ostrowski stated, "Be smooth bro keep hitting me up 100!!"

7

**Messages between Ostrowski and "Danielle"**

L.     On February 1, 2025, at 1:15 p.m., Ostrowski texted "Danielle" stating, "Fire smoke in." "Danielle" asked for prices for an ounce and quarter pound quantities. Ostrowski replied that an ounce would be $125.

       Based on their training and experience, agents know that "Fire smoke in" is a reference to a good quality of marijuana for sale.

M.     On February 8, 2025, at 10:18 a.m., "Danielle" asked to purchase marijuana and asked what types were available. Ostrowski agreed to sell "Danielle" one ounce of "white truffle" for $125. Ostrowski and "Danielle" agreed on a meet location. At 11:08 a.m., "Danielle" stated she had arrived and Ostrowski replied that he was two minutes away.

N.     On February 11, 2025, at 7:10 p.m., Ostrowski texted "Danielle" stating, "I got sum fire OG for $250 a qp or $600 a p."

       Based on their training and experience, agents believe that Ostrowski was informing "Danielle" that he had good quality (fire) marijuana (OG) for sale priced at $250 for a quarter pound or $600 for a pound.

O.     On February 13, 2025, at 7:41 p.m., Ostrowski texted "Danielle" asking if she needed a "zap."

       i.     At 7:43 p.m., "Danielle" responded that she wanted a "qp" of "white truffle" after she put the kids to bed.

       ii.    At 8:45 p.m., Ostrowski stated he had the quantity packaged and ready to go. "Danielle" responded that she needed to wait until a different day.

P.     On February 19, 2025, at 8:54 p.m., Ostrowski texted "Danielle" asking, "U still tryna grab dat?" (referencing the pending marijuana purchase). "Danielle" responded in the affirmative.

       i.     At 8:56 p.m., "Danielle" stated she would arrive in seven minutes.

       ii.    At 9:01 p.m., "Danielle" stated she had arrived and was parked with a spot open next to her for Ostrowski.

       iii.   At 9:02 p.m., Ostrowski stated he was two minutes away and asked "Danielle" to come to his vehicle window when he arrived.

**Photographs, video, and Apple Note**

Q.     There were numerous photographs of marijuana on Kalen Ostrowski's phone. The photographs depicted various quantities of marijuana and spanned back to at least August 2024. A few examples of such photographs are as follows:

   i.     A photograph of Kalen Ostrowski sitting in the driver's seat of a vehicle with a large amount of currency displayed across his right leg, the Louis Vuitton bag resting on his left leg, and Ostrowski using a lighter to light what appears to be a marijuana blunt. The metadata showed that this image was captured on December 19, 2024, at 2:51 a.m. at the location of, or in the area of, Kalen Ostrowski's residence.

   ii.    A photograph of the Louis Vuitton bag with the zipper open. Inside the Louis Vuitton bag was a large bag of suspected marijuana labeled with "Grape Gelato" (a strain of marijuana) and a jar next to the marijuana, similar to the jars containing marijuana found during execution of the search warrant at Ostrowski's residence. The metadata showed that this image was captured on December 28, 2024, at 2:49 a.m. at the location of, or in the area of, Kalen Ostrowski's residence.

   iii.   Two photographs of Kalen Ostrowski sitting on a kitchen counter holding a large bag of suspected marijuana and fanning out a large amount of currency in his hand, with additional currency laid out across the counter along with seven or eight prescription bottles and three cell phones. The metadata showed that these images were captured on December 29, 2024, at 8:52 p.m. and 8:53 p.m. at the location of, or in the area of, Kalen Ostrowski's residence.

R.     One of the video clips on Kalen Ostrowski's phone shows a close-up of a bag of suspected marijuana next to a corner of the Louis Vuitton bag and a large stack of rubber banded currency. The video portion of the clip shows fingertips fanning through the stack of currency. The metadata showed that this video was recorded on December 31, 2024, at 6:12 p.m. at the location of, or in the area of, Kalen Ostrowski's residence.

S.     An Apple Note on Kalen Ostrowski's phone – created on October 8, 2024, and last modified on February 23, 2025 – appears to be a working drug ledger listing different strains of marijuana as well various dollar amounts, including dollar amounts next to individuals' names and different marijuana strains. Based on their training and experience, agents believe this Apple Note is a drug ledger that includes a record of Ostrowski's drug customers' payments/debts and a record of the strains of marijuana Ostrowski had

purchased, including the price he paid and his earnings for an unspecified quantity of each strain.

**Posts on Kalen Ostrowski's Instagram page**

23. Agents reviewed the publicly available information posted on Kalen Ostrowski's Instagram page. The information included, but is not limited to, the following:

A. One post, dated January 1, 2025, contained photographs of Kalen Ostrowski posing for the camera while holding three iPhones in one hand, and in the other hand were a large quantity of United States currency wrapped in numerous stacks with rubber bands and a key ring with what appeared to be several car keys. On the counter behind Ostrowski were the Louis Vuitton bag and additional currency spread out.

B. A "story" posted on January 29, 2025, contained an image of Kalen Ostrowski standing in front of a bathroom mirror holding a large quantity of United States currency, which was separated into numerous rubber banded stacks and additional currency next to the sink. The rubber banded stacks of currency appear consistent with the photographs of stacked currency that Kalen Ostrowski posted on January 1, 2025, with one notable difference being that the quantity of currency on the January 29, 2025, post appeared larger.

**Kalen Ostrowski's State Criminal Drug Case**

24. On March 1, 2025, Kalen Ostrowski was charged in Milwaukee County Circuit Court, Case No. 25CF1074, with possession with intent to deliver THC (>1,000-2,500 grams), use of a dangerous weapon, and two counts of bail jumping.

**Administrative Forfeiture Proceedings**

25. On or about March 12, 2025, ATF commenced administrative forfeiture proceedings against the defendant properties.

26. On or about October 16, 2025, Kalen Ostrowski filed a claim to the defendant properties with ATF in the administrative forfeiture proceedings.

**Warrant for Arrest In Rem**

27.     Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

28.     The plaintiff alleges and incorporates by reference the paragraphs above.

29.     By the foregoing and other acts, the defendant approximately $11,771.00 in United States currency was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

30.     The defendant approximately $11,771.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

31.     By the foregoing and other acts, the defendant one Remington 870 shotgun bearing serial number RAS144912 was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances which were manufactured, distributed, dispensed, or acquired in violation of 21 U.S.C. § 841(a)(1) and of any proceeds of trafficking in controlled substances.

32.     The defendant Remington 870 shotgun bearing serial number RAS144912 is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(11).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant properties be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant properties to be condemned and forfeited to the United States of America for disposition according to law; and

that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 13th day of January, 2026.

Respectfully submitted,

BRAD D. SCHIMEL
United States Attorney

By: *s/Elizabeth M. Monfils*
ELIZABETH M. MONFILS
Assistant United States Attorney
Wisconsin Bar No. 1061622
Office of the United States Attorney
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: elizabeth.monfils@usdoj.gov

**Verification**

I, Frank Rutter, hereby verify and declare under penalty of perjury that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives in Milwaukee, Wisconsin, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 11 through 23 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Date:  01/13/2026            *s/FRANK RUTTER*
                             Frank Rutter
                             Special Agent
                             Bureau of Alcohol, Tobacco, Firearms, and Explosives

13